UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Deyse Martinez De Maldonado, <br><br>Plaintiff, <br><br>v. <br><br>I.C. System, Inc, <br><br>Defendant. | Case No. 1:23-cv-00186-BAM <br><br>**JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** judgment is hereby ENTERED in accordance with the Notice of Acceptance with Offer of Judgment filed 3/14/2023.

March 15, 2023

KEITH HOLLAND, CLERK

By: /s/ R. Gonzalez, Deputy Clerk